

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Demison, III,

Vs. No. 11-18-00047-CR

The State of Texas,

\* From the 91st District Court
of Eastland County,
Trial Court No. 23622.

\* November 15, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Wright, S.C.J., siting by assignment;
and Judge Satterwhite, sitting by
assignment)
(Bailey, C.J., and Willson, J., not
participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.